**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus Guadalupe LOPEZ–NUNEZ,
Defendant–Appellant.**

No. 13–10493.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.*

Filed June 18, 2014.

Rachel Marie Reames, Assistant U.S., USPX–Office Of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Douglas Erickson, Phoenix, AZ, for Defendant–Appellant.

Jesus Guadalupe Lopez–Nunez, Florence, AZ, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Jesus Guadalupe Lopez–Nunez appeals from the district court's judgment and challenges the 37–month sentence imposed following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Nunez's coun-

sel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez–Nunez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lopez–Nunez has waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.